■ Leon Dennis, Appellant, v #1 Brooklyn Furniture Store et al., Respondents, et al., Defendants. [16 NYS3d 757]—In an action, inter alia, to recover damages for injury to property, the plaintiff appeals from so much of an order of the Supreme Court, Kings County (Saitta, J.), dated June 2, 2014, as denied that branch of his motion which was pursuant to CPLR 3126 to strike the defendants' answers.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

Under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in denying that branch of the plaintiff's motion which was pursuant to CPLR 3126 to strike the defendants' answers. Leventhal, J.P., Dickerson, Roman and Hinds-Radix, JJ., concur.